IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYAN SCHAPER and CHRISTOPHER P. BOLSTER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> LENSAR, INC., NICHOLAS T. CURTIS, THOMAS R. STAAB, II, WILLIAM J. LINK, THOMAS B. ELLIS, TODD B. HAMMER, RICHARD L. LINDSTROM, JOHN P. MCLAUGHLIN, ELIZABETH G. O'FARRELL, AIMEE S. WEISNER, and GARY M. WINER, <br><br> Defendants. | C.A. No. 23-692-JLH |

**ORDER**

WHEREAS, on November 18, 2024, the Court entered an Order dismissing the Second Amended Complaint and giving Plaintiff leave to file an amended complaint within 14 days (D.I. 59);

WHEREAS, the 14 days have passed and Plaintiff has failed to file an amended complaint;

NOW, THEREFORE, at Wilmington this 11th day of December 2024, IT IS HEREBY ORDERED that the case is closed for failure to file an amended complaint. The Clerk of Court is directed to close the case.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE